**Order entered April 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01269-CR

**BRYAN MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 22nd District Court**
**Hays County, Texas**
**Trial Court Cause No. CR-17-0023**

## ORDER

Before the Court is the State's April 24, 2019 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief filed on or before **June 24, 2019**.

/s/     BILL PEDERSEN, III
          JUSTICE